AO 442   (Rev. 10/03) Warrant for Arrest       unsealed 10/16/15

# UNITED STATES DISTRICT COURT

Southern District of California

9919558

UNITED STATES OF AMERICA

v.

LUKE NOEL WILSON

Case Number:

**WARRANT FOR ARREST**

OCT 19 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

'15MJ3054

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest       LUKE NOEL WILSON
                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

18 U.S.C. § 2252(a)(2) - Distribution of Child Pornography
18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography

DATE ARRESTED BY: 10/15/15 Deputy Duley
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA

in violation of Title   18   United States Code, Section(s)   2252(a)(2) and 2252(a)(4)(B)

HONORABLE JILL L. BURKHARDT
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

10-14-15   San Diego, CA
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |