1  Devin Burstein
2  WARREN & BURSTEIN
   State Bar No. 255389
3  501 West Broadway, Suite 240
4  (619) 234-4433
   db@wabulaw.com
5
6          UNITED STATES DISTRICT COURT
7         SOUTHERN DISTRICT OF CALIFORNIA

8  | UNITED STATES OF AMERICA, | Case No.: 15-cr-2838-GPC |
   |---|---|
   | Plaintiff, | Joint motion to spread the mandate, vacate the convictions, and dismiss the indictment with prejudice. |
   | v. | |
   | LUKE NOEL WILSON, | |
   | Defendant. | |

On December 13, 2021, the Court of Appeals issued the mandate in this case. The parties now jointly move the Court for an order: (a) spreading the mandate, (b) vacating Mr. Wilson's convictions and sentence, and (c) dismissing the indictment with prejudice. The parties respectfully request the Court enter the order without a hearing.

                            Respectfully submitted,

Dated: December 14, 2021      /s/ *Devin Burstein*
                            Warren & Burstein

                            /s/ *Peter Ko*
                            Assistant U.S. Attorney

I, Devin Burstein, certify this motion is signed on behalf of all parties with their permission.

/s/ *Devin Burstein*
Warren & Burstein