UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE GONZALO P. CURIEL)

| UNITED STATES OF AMERICA, | Case No.: 15-cr-2838-GPC |
|---|---|
| Plaintiff, | JUDGMENT AND ORDER |
| v. | |
| LUKE NOEL WILSON, | |
| Defendant. | |

On remand from the Court of Appeals in *United States v. Wilson*, 13 F.4th 961 (9th Cir. 2021), the Court orders as follows:

1. The mandate is spread.
2. Mr. Wilson's convictions and sentence are vacated.
3. The indictment is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  December 14, 2021

Hon. Gonzalo P. Curiel
United States District Judge

1